**Darryl FULTON, Plaintiff—Appellant,**

v.

**Rodney ROSEBROUGH; United Parcel Service, Incorporated, Defendants— Appellees,**

and

**David K. Carman; Laurie Kersat, Defendants,**

**Alfreda Williamson, Respondent.**

No. 03–2052.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 25, 2004.

Decided: March 30, 2004.

Darryl Fulton, Appellant pro se.

Meredith S. Jeffries, Brian D. Edwards, Alston & Bird, L.L.P., Charlotte, North Carolina, for Appellees.

Before WILKINSON, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darryl Fulton appeals the district court's order dismissing his employment discrimination action. Fulton contends that the district court ignored evidence in awarding summary judgment to the Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Fulton v. Rosebrough,* No. CA–01–373–5–BR(2) (E.D.N.C. Aug. 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*